JULIA B. GUMMERSON, Executrix, etc., Respondent, v. ERASTUS CARROLL et al., Appellants.

(Argued November 13, 1879; decided November 25, 1879.)

*John Van Voorhis* for appellants.

*H. L. Comstock* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.